# EXHIBIT D



November 27, 2022

**Twitter, Inc.**
1355 Market St #900
San Francisco, CA 94103

**By E-Mail**
Leslie Berland

RE: <u>Termination of Employment</u>

Dear Ms. Berland:

I write to inform you that, effective as of November 1, 2022, your employment at the Company, including as Chief Marketing Officer of the Company, was terminated for Cause, as defined in the in the Company's Change of Control and Involuntary Termination Protection Policy as amended and restated, effective August 8, 2014 (the "Policy") which is incorporated by reference into your Employment Agreement. Specifically, you have engaged in conduct that constitutes Cause within the meaning of the Policy, including, but not limited to, prongs (c) (an uncurable "failure to comply with the Company's written policies or rules, including its code of conduct") and (e) ("your gross negligence or willful misconduct in the performance of your duties").

You must preserve all documents, including but not limited to, e-mails, Google drive documents, hard copy documents, text messages, WhatsApp messages, and Signal messages, in each case, relating to your employment with the Company.

The Company expects you to comply with your post-employment obligations to the Company and its affiliates, including, but not limited to, those under the Employee Invention Assignment and Confidentiality Agreement, the Arbitration Agreement, and Twitter's Code of Business Conduct and Ethics.

The Company expressly reserves, and does not waive, any and all rights and remedies available to it under federal and state law.

Very truly yours,

/s/ Elon R. Musk

Elon R. Musk
Twitter, Inc.