MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
Dylan Rudolph (Bar No. 278707)
dylan.rudolph@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: +1.415.442.1000

Jeremy P. Blumenfeld (admitted *pro hac vice*)
jeremy.blumenfeld@morganlewis.com
Brian W. Sullivan (admitted *pro hac vice*)
brian.sullivan@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

*Attorneys for Defendants*

MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Boran (admitted *pro hac vice*)
christopher.boran@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: +1.312.324.1000

Abbey M. Glenn (Bar No. 267751)
abbey.glenn@morganlewis.com
1111 Pennsylvania Ave, NW
Washington, DC 20004-2541
Tel: +1.202.739.3000

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LESLIE BERLAND,<br><br>       Plaintiff,<br><br>vs.<br><br>X CORP., ET AL.,<br><br>       Defendants. | Case No. 3:24-cv-07589-JSC<br><br>**DECLARATION OF ABBEY M. GLENN IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS THE COMPLAINT'S SECOND CAUSE OF ACTION**<br><br>Hearing Date: March 6, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 8<br>Hon. Jacqueline Scott Corley<br><br>Complaint Filed:  November 1, 2024 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Abbey M. Glenn, declare as follows:

1.      I am an attorney with the law firm Morgan, Lewis & Bockius LLP and counsel of record for Defendants X Corp. f/k/a Twitter, Inc.; X Holdings; Elon Musk; Lindsay Chapman; Dhruv Batura; Brian Bjelde; and the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy (collectively, "Defendants").  I submit this declaration in support of Defendants' Request for Judicial Notice, filed in connection with their Motion to Dismiss the Complaint's Second Cause of Action.  In my capacity as an attorney with responsibility for the management of this litigation, I have personal knowledge of the factual information stated in this declaration.

2.      Attached as **Exhibit 1** is a true and correct copy of the year-end 2021 Form 10-K filed with the Securities and Exchange Commission ("SEC") by Twitter, Inc. dated February 16, 2022.  Like other Form 10-K filings, this document is publicly available on and was retrieved from the SEC's website at https://www.sec.gov/search-filings.

3.      Attached as **Exhibit 2** is a true and correct copy of the 2022 Definitive Proxy Statement filed with the SEC by Twitter, Inc. dated May 25, 2022.  Like other proxy statements, this document is publicly available on and was retrieved from the SEC's website at https://www.sec.gov/search-filings.  Plaintiff's Complaint cites the proxy statement at paragraphs 188-191.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 7, 2025, in Washington, D.C.

_/s/ Abbey M. Glenn_
Abbey M. Glenn

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -

DECLARATION OF ABBEY M. GLENN
CASE NO. 3:24-cv-07589-JCS