MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
Dylan Rudolph (Bar No. 278707)
dylan.rudolph@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000

Jeremy P. Blumenfeld (admitted *pro hac vice*)
jeremy.blumenfeld@morganlewis.com
Brian W. Sullivan (admitted *pro hac vice*)
brian.sullivan@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Boran (admitted *pro hac vice*)
christopher.boran@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: +1.312.324.1000

Abbey M. Glenn (Bar No. 267751)
abbey.glenn@morganlewis.com
1111 Pennsylvania Ave, NW
Washington, DC 20004-2541
Tel: +1.202.739.3000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| LESLIE BERLAND,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>X CORP., F/K/A TWITTER, INC.; X HOLDINGS, ELON MUSK, LINDSAY CHAPMAN, DHRUV BATURA, BRIAN BJELDE; AND TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY,<br><br>　　　　Defendants. | Case No. 3:24-cv-07589-JSC<br><br>[Assigned to Judge Jacqueline Scott Corley]<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS TO APRIL 24, 2025**<br><br>**[Civ. L.R. 6-1(b), 6-2]**<br><br>Complaint Filed: November 1, 2024 |

STIPULATION TO CONTINUE HEARING DATE ON
DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:24-cv-07589-JSC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 155652999.2

Pursuant to Civil Local Rule 6-1(b) and 6-2, Defendants X Corp., f/k/a Twitter, Inc., X Holdings, Elon Musk, Lindsay Chapman, Dhruv Batura, Brian Bjelde, and the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy (collectively, "Defendants"), and Plaintiff Leslie Berland ("Plaintiff") (Defendants and Plaintiff, together, the "Parties") through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed her Complaint in this case on November 1, 2024 ("Complaint") (ECF No. 1);

WHEREAS, on January 7, 2025, Defendants filed a Motion to Dismiss the Complaint's Second Cause of Action ("Motion") (ECF No. 30), on February 4, 2025, Plaintiff filed her opposition to Defendants' Motion (ECF No. 41), on February 25, 2025, Defendants filed their reply in support of the Motion (ECF No. 43);

WHEREAS, on January 17, 2025, the Court set the hearing date for Defendants' Motion on March 27, 2025 (ECF No. 36) based on a prior stipulation by the Parties to modify the briefing schedule on Defendants' Motion (ECF No. 35);

WHEREAS, on January 30, 2025, the Court held an Initial Case Management Conference, and the Court reset the hearing on Defendants' Motion to April 1, 2025, and reset the hearing on Defendants' motion to dismiss filed in the related *Sarah Personette v. Elon Musk, et al.* matter (Case No. 3:24-cv-06266-JSC) to the same date because the two motions have related legal issues;

WHEREAS, as Defendants' counsel noted at the Initial Case Management Conference, there is good cause to continue the April 1, 2025 hearing date by roughly three weeks to April 24, 2025 at 10:00 a.m. Pacific Time due to the availability of Defendants' counsel to argue the Motion;

WHEREAS, Plaintiff does not object to the proposed continuance so long as said continuance does not extend beyond April 24;

WHEREAS, this Stipulation is submitted in good faith and not for purposes of delay and will not impact any other dates currently set by the Court;

THEREFORE, the Parties hereby stipulate and respectfully request that the Court continue the hearing date for Defendants' Motion from April 1, 2025 to April 24, 2025 at 10:00 a.m. Pacific

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 155652999.2

- 2 -

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:24-cv-07589-JSC

Time in the above-referenced court.

**IT IS SO STIPULATED.**

Dated: March 11, 2025                MORGAN, LEWIS & BOCKIUS LLP

By: ___/s/ Christopher Boran___
      Christopher Boran
Attorneys for Defendants
  X CORP., F/K/A TWITTER, INC.; X HOLDINGS, ELON MUSK, LINDSAY CHAPMAN, DHRUV BATURA, BRIAN BJELDE; AND TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY

Dated: March 11, 2025                WIGGIN AND DANA LLP

By: ___/s/ Nathan Denning___
      Nathan Denning
Attorneys for Plaintiffs
  LESLIE BERLAND

In compliance with Northern District Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 11, 2025                MORGAN, LEWIS & BOCKIUS LLP

By: _/s/ Christopher Boran_
    Christopher Boran
    Attorneys for Defendants

- 3 -   STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:24-cv-07589-JSC
DB1/ 155652999.2
MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## **PROPOSED ORDER**

Pursuant to the Parties' Stipulation to Continue the Hearing Date on Defendants' Motion to Dismiss, and for good cause shown, the Court hereby GRANTS the Parties' request and continues the hearing date on Defendants' Motion to Dismiss to April 24, 2025 at 10:00 a.m. Pacific Time in the above-referenced Court.

**IT IS SO ORDERED.**

DATE:

Hon. Jacqueline Scott Corley
United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

DB1/ 155652999.2

- 4 -

STIPULATION TO CONTINUE HEARING DATE ON
DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:24-cv-07589-JSC