MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
Dylan Rudolph (Bar No. 278707)
dylan.rudolph@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000

Jeremy P. Blumenfeld (admitted *pro hac vice*)
jeremy.blumenfeld@morganlewis.com
Brian W. Sullivan (admitted *pro hac vice*)
brian.sullivan@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Boran (admitted *pro hac vice*)
christopher.boran@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: +1.312.324.1000

Abbey M. Glenn (Bar No. 267751)
abbey.glenn@morganlewis.com
1111 Pennsylvania Ave, NW
Washington, DC 20004-2541
Tel: +1.202.739.3000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| LESLIE BERLAND,<br><br>   Plaintiff,<br><br>vs.<br><br>X CORP., ET AL.,<br><br>   Defendants. | Case No. 3:24-cv-07589-JSC<br><br>**DECLARATION OF DYLAN D. RUDOLPH IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S THIRD AND FOURTH CAUSES OF ACTION**<br><br>Hearing Date: June 26, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 8<br>Hon. Jacqueline Scott Corley<br><br>Complaint Filed: November 1, 2024 |

I, Dylan D. Rudolph, declare as follows:

1. I am an attorney with the law firm Morgan, Lewis & Bockius LLP and counsel of record for Defendants X Corp. (f/k/a Twitter, Inc.); X Holdings; Elon Musk; Lindsay Chapman; Dhruv Batura; Brian Bjelde; and the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy (collectively, "Defendants"). I submit this declaration in support of Defendants' Motion to Compel Arbitration of Plaintiff's Third and Fourth Causes of Action. In my capacity as an attorney with responsibility for the management of this litigation, I have personal knowledge of the factual information stated in this declaration.

2. Attached as **Exhibit A** is a true and correct copy of the January 19, 2016 offer letter to Plaintiff Leslie Berland ("Plaintiff") from Twitter, Inc. ("Twitter"), labeled XBERLAND000856 – XBERLAND000859.

3. Attached as **Exhibit B** is a true and correct copy of the Dispute Resolution Agreement between Twitter and Plaintiff, which Plaintiff signed on February 1, 2016, labeled XBERLAND000241 – XBERLAND000244.

4. On May 2, 2025, I spoke with Plaintiff's counsel over the telephone and requested that Plaintiff stipulate to arbitrate Counts III and IV. Plaintiff declined to stipulate to arbitration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2025, in Los Gatos, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Dylan D. Rudolph*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Dylan D. Rudolph