Nathan E. Denning (admitted *pro hac vice*)
Michael L. Kenny Jr. (admitted *pro hac vice*)
Daniel J. LaRose (admitted *pro hac vice*)
Gabriella E. Bensur (admitted *pro hac vice*)
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
Telephone: (212) 551-2600
ndenning@wiggin.com
mkenny@wiggin.com
dlarose@wiggin.com
gbensur@wiggin.com

Teresa S. Renaker, Cal. Bar No. 187800
Kirsten G. Scott, Cal Bar. No. 253464
RENAKER SCOTT LLP
505 Montgomery St., Suite 1125
San Francisco, CA 94111
Telephone: (415) 653-1733
teresa@renakerscott.com
kirsten@renakerscott.com

*Attorneys for Plaintiff Leslie Berland*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LESLIE BERLAND,<br><br>         Plaintiff,<br><br>vs.<br><br>X CORP., f/k/a TWITTER, INC., X HOLDINGS, ELON MUSK, LINDSAY CHAPMAN, DHRUV BATURA, BRIAN BJELDE, and TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY,<br><br>         Defendants. | Case No. 24-cv-07589<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S THIRD AND FOURTH CAUSES OF ACTION** |

Pursuant to Local Rule 7-11, Plaintiff Leslie Berland respectfully requests leave from the Court to file the Sur-Reply in Opposition to Defendants' Motion to Compel Arbitration of Plaintiff's Third and Fourth Causes of Action attached as Exhibit A to the accompanying Declaration of Gabriella E. Bensur ("Bensur Decl."). Plaintiff makes this request to address a misstatement made for the first time in Defendants' Reply that Twitter's 2013 Equity Incentive Plan contained a California venue provision. (*See* Reply at 2-4.) Because Defendants did not make any arguments regarding the 2013 Equity Incentive Plan until their Reply brief, Plaintiff has not had the opportunity to address this misstatement regarding the 2013 Equity Incentive Plan until now.

Pursuant to Local Rule 7-11, Plaintiff's counsel contacted Defendants' counsel to request a stipulation regarding this matter, but Defendants declined to so stipulate. (*See* Bensur Decl. ¶ 4.)

Respectfully submitted,

Dated: June 9, 2025      By:      */s/ Gabriella E. Bensur*

RENAKER SCOTT LLP
Kirsten G. Scott
Teresa R. Renaker

WIGGIN AND DANA LLP
Nathan E. Denning (admitted *pro hac vice*)
Michael L. Kenny Jr. (admitted *pro hac vice*)
Daniel J. LaRose (admitted *pro hac vice*)
Gabriella E. Bensur (admitted *pro hac vice*)

*Attorneys for Plaintiff Leslie Berland*