Nathan E. Denning (admitted *pro hac vice*)
Michael L. Kenny Jr. (admitted *pro hac vice*)
Daniel J. LaRose (admitted *pro hac vice*)
Gabriella E. Bensur (admitted *pro hac vice*)
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
Telephone: (212) 551-2600
ndenning@wiggin.com
mkenny@wiggin.com
dlarose@wiggin.com
gbensur@wiggin.com

Teresa S. Renaker, Cal. Bar No. 187800
Kirsten G. Scott, Cal Bar. No. 253464
RENAKER SCOTT LLP
505 Montgomery St., Suite 1125
San Francisco, CA 94111
Telephone: (415) 653-1733
teresa@renakerscott.com
kirsten@renakerscott.com

*Attorneys for Plaintiff Leslie Berland*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| LESLIE BERLAND,<br><br>    Plaintiff,<br><br>vs.<br><br>X CORP., f/k/a TWITTER, INC., X HOLDINGS, ELON MUSK, LINDSAY CHAPMAN, DHRUV BATURA, BRIAN BJELDE, and TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY,<br><br>    Defendants. | Case No. 24-cv-07589<br><br>**DECLARATION OF GABRIELLA E. BENSUR IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S THIRD AND FOURTH CAUSES OF ACTION** |

I, Gabriella E. Bensur, declare as follows:

1. I am counsel at Wiggin and Dana LLP, which is co-counsel for Plaintiff in this action together with Renaker Scott LLP. I have personal knowledge of the facts set forth below and, if called upon to do so, could and would testify competently to these facts.

2. Attached hereto as Exhibit A is Plaintiff's [Proposed] Sur-Reply in Opposition to Defendants' Motion to Compel Arbitration of Plaintiff's Third and Fourth Causes of Action.

3. Attached hereto as Exhibit B is a true and correct copy of Twitter, Inc.'s Amendment No. 2 to Form S-1 Registration Statement, filed on October 22, 2013, with the Securities and Exchange Commission, https://www.sec.gov/Archives/edgar/data/1418091/000119312513406804/d564001ds1a.htm.

4. On Tuesday, June 3, 2025, Plaintiff's counsel contacted Defendants' counsel to request a stipulation pursuant to Local Rule 7-11 regarding Plaintiff's Administrative Motion for Leave to File Sur-Reply in Opposition to Defendants' Motion to Compel Arbitration of Plaintiff's Third and Fourth Causes of Action. On June 6, 2025, Defendants' counsel declined to so stipulate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of June, 2025, in New York, New York.

                          */s/ Gabriella E. Bensur*
                          Gabriella E. Bensur