Nathan E. Denning (admitted *pro hac vice*)
Michael L. Kenny Jr. (admitted *pro hac vice*)
Daniel J. LaRose (admitted *pro hac vice*)
Gabriella E. Bensur (admitted *pro hac vice*)
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
Telephone: (212) 551-2600
ndenning@wiggin.com
mkenny@wiggin.com
dlarose@wiggin.com
gbensur@wiggin.com

Teresa S. Renaker, Cal. Bar No. 187800
Kirsten G. Scott, Cal Bar. No. 253464
RENAKER SCOTT LLP
505 Montgomery St., Suite 1125
San Francisco, CA 94111
Telephone: (415) 653-1733
teresa@renakerscott.com
kirsten@renakerscott.com

*Attorneys for Plaintiff Leslie Berland*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LESLIE BERLAND, | Case No. 24-cv-07589 |
| Plaintiff, | **JOINT DISCOVERY UPDATE** |
| vs. | Place: Courtroom 8 |
| X CORP., f/k/a TWITTER, INC., X HOLDINGS, ELON MUSK, LINDSAY CHAPMAN, DHRUV BATURA, BRIAN BJELDE, and TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY, | Judge: Hon. Jacqueline Scott Corley |
| Defendants. | |

Pursuant to the Court's July 24, 2025 Case Management Conference order, Plaintiff Leslie Berland ("Plaintiff") and Defendants X Corp., f/k/a Twitter, Inc., X Holdings, Elon Musk, Lindsay Chapman, Dhruv Batura, Brian Bjelde, and the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy (collectively, "Defendants") (Plaintiff and Defendants, together, the "Parties") jointly submit this update on the discovery issues set forth in the July 17, 2025 Joint Case Management Conference Statement.

As the Court instructed, lead counsel for the Parties met and conferred in person immediately following the July 24, 2025 Case Management Conference, and had a further telephonic meet and confer on August 4, 2025. During those discussions, the Parties made progress towards resolving their discovery disputes. Although the Parties anticipate that certain substantive disputes may need to be resolved by the Court at a future date (and, accordingly, respectfully reserve their respective positions on those matters as outlined in their July 17, 2025 Joint Case Management Statement), the Parties also agree that those disputes are not a barrier to moving forward with discovery at this time.

The Parties respectfully propose that they update the Court regarding their progress at the Case Management Conference currently scheduled for August 27, 2025.

Dated: August 7, 2025  

Respectfully submitted,

WIGGIN AND DANA LLP

By: *Nathan E. Denning*
Nathan E. Denning
Attorneys for Plaintiffs
LESLIE BERLAND

Dated: August 7, 2025

MORGAN, LEWIS & BOCKIUS LLP

By: *Dylan Rudolph*
Dylan Rudolph

Attorneys for Defendants
X CORP., F/K/A TWITTER, INC.; X HOLDINGS, ELON MUSK, LINDSAY CHAPMAN, DHRUV BATURA, BRIAN BJELDE; AND TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY

In compliance with Northern District Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 7, 2025                       WIGGIN AND DANA LLP

                                              By:  *Nathan E. Denning*
                                                   Nathan E. Denning
                                                   Attorneys for Plaintiff