| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley (Bar No. 168181)<br>eric.meckley@morganlewis.com<br>Dylan Rudolph (Bar No. 278707)<br>dylan.rudolph@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel: +1.415.442.1000<br><br>Jeremy P. Blumenfeld (*pro hac vice*)<br>jeremy.blumenfeld@morganlewis.com<br>Brian W. Sullivan (*pro hac vice*)<br>brian.sullivan@morganlewis.com<br>2222 Market Street<br>Philadelphia, PA 19103-3007<br>Tel: +1.215.963.5000<br><br>*Attorneys for Defendants* | MORGAN, LEWIS & BOCKIUS LLP<br>Christopher J. Boran (*pro hac vice*)<br>christopher.boran@morganlewis.com<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606-1511<br>Tel: +1.312.324.1000<br><br>Abbey M. Glenn (Bar No. 267751)<br>abbey.glenn@morganlewis.com<br>1111 Pennsylvania Ave, NW<br>Washington, DC 20004-2541<br>Tel: +1.202.739.3000 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| LESLIE BERLAND,<br><br>    Plaintiff,<br><br>  vs.<br><br>X. CORP., ET AL.,<br><br>    Defendants. | Case No. 3:24-cv-07589-JSC<br><br>**NOTICE OF APPEAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 161241926.1

NOTICE OF APPEAL
CASE NO. 3:24-cv-07589-JSC

# NOTICE OF APPEAL

Notice is hereby given that Defendants X Corp., f/k/a Twitter, Inc., X Holdings[1], Elon Musk, Lindsay Chapman, Dhruv Batura, Brian Bjelde, and the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy (collectively, "Defendants"), hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on July 25, 2025, *see* ECF No. 69, denying Defendants' Motion to Compel Arbitration of Plaintiff's Counts III and IV under the Federal Arbitration Act. A copy of the Order is attached hereto as Exhibit A.

Dated: August 20, 2025

**MORGAN, LEWIS & BOCKIUS LLP**

By /s/ *Dylan D. Rudolph*
  Eric Meckley
  Jeremy Blumenfeld (admitted *pro hac vice*)
  Christopher Boran (admitted *pro hac vice*)
  Abbey Glenn
  Brian Sullivan (admitted *pro hac vice*)
  Dylan Rudolph

*Attorneys for Defendants*

---

[1] The purported entity "X Holdings" does not exist. Defendants include "X Holdings" herein only for purposes of providing this Notice of Appeal, and do not waive their right to assert that X Holdings is not a proper defendant.