1  Nathan E. Denning (admitted *pro hac vice*)
   Michael L. Kenny Jr. (admitted *pro hac vice*)
2  Daniel J. LaRose (admitted *pro hac vice*)
   Gabriella E. Bensur (admitted *pro hac vice*)
3  WIGGIN AND DANA LLP
4  437 Madison Avenue, 35th Floor
   New York, New York 10022
5  Telephone: (212) 551-2600
   ndenning@wiggin.com
6  mkenny@wiggin.com
7  dlarose@wiggin.com
   gbensur@wiggin.com
8
9  Teresa S. Renaker, Cal. Bar No. 187800
   Kirsten G. Scott, Cal Bar. No. 253464
10 RENAKER SCOTT LLP
   505 Montgomery St., Suite 1125
11 San Francisco, CA 94111
   Telephone: (415) 653-1733
12 teresa@renakerscott.com
13 kirsten@renakerscott.com

14 *Attorneys for Plaintiff Leslie Berland*

15

16 **UNITED STATES DISTRICT COURT**

17 **NORTHERN DISTRICT OF CALIFORNIA**

   **SAN FRANCISCO/OAKLAND DIVISION**
18

| | |
|---|---|
| 19 LESLIE BERLAND, | Case No. 24-cv-07589 |
| 20         Plaintiff, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF DISCOVERY DEADLINES BY 60 DAYS TO FACILITATE MEDIATION OF ALL CLAIMS** |
| 21 vs. | |
| 22 X CORP., f/k/a TWITTER, INC., X HOLDINGS, ELON MUSK, LINDSAY CHAPMAN, DHRUV BATURA, BRIAN BJELDE, and TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY, | |
| 23 | |
| 24 | |
| 25 | Complaint Filed: November 1, 2024 |
| 26 | Trial: None Set |
| 27         Defendants. | |

28

JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF DISCOVERY DEADLINES BY 60
DAYS TO FACILITATE MEDIATION OF ALL CLAIMS

1    Plaintiff Leslie Berland ("Plaintiff") and Defendants X Corp., f/k/a Twitter, Inc., X

2   Holdings, Elon Musk, Lindsay Chapman, Dhruv Batura, Brian Bjelde, and the Twitter, Inc.

3   Change of Control and Involuntary Termination Protection Policy (collectively, "Defendants")

4   (Plaintiff and Defendants, together, the "Parties"), through their attorneys of record, hereby

5   submit this joint stipulation pursuant to Federal Rules of Civil Procedure 6(b), and Civil L.R. 6-

6   2 and 7-12, requesting that the Court extend the current discovery deadlines in this action by 60

7   days to facilitate the Parties' mediation scheduled for October 9, 2025.  The Parties jointly

8   represent and stipulate as follows:

9           WHEREAS, on November 1, 2024, Plaintiff filed her Complaint against Defendants (ECF

10   No. 1);

11          WHEREAS, on January 31, 2025, the Court issued Pretrial Order No. 1, which included,

12   among other things, deadlines for discovery, Rule 52/56 briefing dates, and a hearing date (ECF

13   No. 40);

14          WHEREAS, on May 15, 2025, Defendants filed their Answer to the Complaint (ECF No.

15   57);

16          WHEREAS, the Parties have engaged the services of a private mediator and have set the

17   mediation to take place on October 9, 2025;

18          WHEREAS, the October 9 mediation will encompass all claims in this action;

19          WHEREAS, the Parties wish to focus their efforts on preparing for the October 9

20   mediation;

21          WHEREAS, the Parties agree that a 60-day extension of the current discovery deadlines

22   set forth in Pretrial Order No. 1 will allow the Parties sufficient time and relief from the current

23   discovery deadlines to effectuate the October 9 mediation;

24          WHEREAS, the Parties will continue to meet and confer in good faith regarding

25   custodians and search terms between now and the October 9 mediation;

26          WHEREAS, the Parties expressly reserve their respective positions regarding discovery

27   matters, without prejudice to pursuing those positions in the event the October 9 mediation is

28   unsuccessful;

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DISCOVERY DEADLINES BY 60
DAYS TO FACILITATE MEDIATION OF ALL CLAIMS

1    WHEREAS, the Parties agree that the relief sought herein is necessary to proceed with

2    the case in the most economical fashion, while allowing sufficient time to schedule and complete

3    discovery, if necessary;

4    WHEREAS, the 60-day extension is not being requested for delay, but so that the Parties

5    may engage in mediation and good faith settlement discussions and to provide the Parties

6    sufficient time to potentially reach a final resolution of the case without the added burden on the

7    Court or the Parties of the current discovery deadlines;

8    WHEREAS, a 60-day extension of discovery deadlines would not unnecessarily delay this

9    action because (i) the Parties will be prepared to litigate if this action is not resolved through

10    mediation; and (ii) neither the Rule 52/56 briefing dates nor the hearing date require extension;

11    WHEREAS, the Parties previously requested and received four prior modifications of

12    time in this lawsuit:  (1) modifying the briefing schedule on Defendants' Motion to Dismiss (ECF

13    No. 36); (2) continuing the hearing on Defendants' Motion to Dismiss (ECF No. 45); (3)

14    extending Defendants' deadline to respond to Plaintiff's Complaint (ECF No. 54); and (4)

15    continuing the hearing on Defendants' Motion to Compel Arbitration and further Case

16    Management Conference (ECF No. 63);

17    THEREFORE, the Parties hereby stipulate and respectfully request that (i) the discovery

18    deadlines in Pretrial Order No. 1 be extended by 60 days;[1] and (ii) the Court reschedule the Case

19    Management Conference currently set for August 27, 2025, at 2:00 p.m., for a date at the Court's

20    convenience as soon as possible after October 9, 2025.

21

22

23

24

25

26

27    [1] Or, in the case of the Fact Discovery Cut-Off and Expert Witness Designations deadlines, by
61 days, to avoid those deadlines falling on a Sunday.
28

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DISCOVERY DEADLINES BY 60
DAYS TO FACILITATE MEDIATION OF ALL CLAIMS

1    Dated: August 20, 2025                  Respectfully submitted,

2                                            WIGGIN AND DANA LLP

3

4
                                            By:        *Nathan E. Denning*
5                                                       Nathan E. Denning
                                            Attorneys for Plaintiff
6                                              LESLIE BERLAND

7

8    Dated: August 20, 2025                  MORGAN, LEWIS & BOCKIUS LLP

9

10
                                            By:        *Dylan Rudolph*
11                                                      Dylan Rudolph
                                            Attorneys for Defendants
12                                             X CORP., F/K/A TWITTER, INC.; X
                                               HOLDINGS, ELON MUSK, LINDSAY
13                                             CHAPMAN, DHRUV BATURA, BRIAN
                                               BJELDE; AND TWITTER, INC. CHANGE
14                                             OF CONTROL AND INVOLUNTARY
                                               TERMINATION PROTECTION POLICY
15

16

17

18        In compliance with Northern District Local Rule 5-1(i)(3), I attest that all other

19   signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and

20   have authorized the filing.

21   Dated:  August 20, 2025                      WIGGIN AND DANA LLP

22                                               By:  *Nathan E. Denning*
23                                                    Nathan E. Denning
                                                     Attorneys for Plaintiff
24

25

26

27

28

JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF DISCOVERY DEADLINES BY 60
DAYS TO FACILITATE MEDIATION OF ALL CLAIMS

# [~~PROPOSED~~] ORDER

Upon consideration of the Parties' Joint Stipulation And [Proposed] Order for Extension of Discovery Deadlines by 60 Days to Facilitate Mediation of All Claims, and finding good cause exists for the relief requested therein, it is hereby ordered that the following discovery dates set forth in the Pretrial Order No. 1 shall be reset as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | January 12, 2026 |
| Expert Witness Designations: | February 16, 2026 |
| Rebuttal Expert Designation: | March 17, 2026 |
| Expert Discovery Cutoff: | April 17, 2026 |

The Rule 52/56 briefing and hearing dates as set forth in Pretrial Order No. 1 shall remain unchanged.

The Case Management Conference currently set for August 27, 2025, at 2:00 p.m. shall be continued to November 5, 2025 at 2:00 p.m. by Zoom videoconference.

**IT IS SO ORDERED.**

DATED: August 21, 2025

_____
Hon. Jacqueline Scott Corley
United States District Judge

JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF DISCOVERY DEADLINES BY 60 DAYS TO FACILITATE MEDIATION OF ALL CLAIMS