MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
Dylan Rudolph (Bar No. 278707)
dylan.rudolph@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000

Jeremy P. Blumenfeld (admitted *pro hac vice*)
jeremy.blumenfeld@morganlewis.com
Brian W. Sullivan (admitted *pro hac vice*)
brian.sullivan@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Boran (admitted *pro hac vice*)
christopher.boran@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: +1.312.324.1000

Abbey M. Glenn (Bar No. 267751)
abbey.glenn@morganlewis.com
1111 Pennsylvania Ave, NW
Washington, DC 20004-2541
Tel: +1.202.739.3000

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

LESLIE BERLAND,

Plaintiff,

vs.

X CORP., ET AL.,

Defendants.

Case No. 3:24-cv-07589-JSC

**DECLARATION OF DYLAN D. RUDOLPH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR *CHUMAN* CERTIFICATION**

I, Dylan D. Rudolph, declare as follows:

1. I am an attorney with the law firm Morgan, Lewis & Bockius LLP and counsel of record for Defendants X Corp. f/k/a Twitter, Inc.; X Holdings; Elon Musk; Lindsay Chapman; Dhruv Batura; Brian Bjelde; and the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy (collectively, "Defendants"). I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for *Chuman* Certification. In my capacity as an attorney with responsibility for the management of this litigation, I have personal knowledge of the factual information stated in this declaration.

2. Attached as **Exhibit A** is a true and correct copy of an August 30, 2025 email that I sent to Plaintiff's counsel confirming that Defendants would not seek to stay Counts I and II pending the appeal of the Court's order denying Defendants' motion to compel arbitration of Counts III and IV.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2025, in Los Gatos, California.

*\/s/ Dylan D. Rudolph*
Dylan D. Rudolph

# EXHIBIT A

**From:** Rudolph, Dylan
**Sent:** Saturday, August 30, 2025 4:26 PM
**To:** Denning, Nathan E.
**Cc:** Bensur, Gabriella; Boran, Christopher; Nelson, James D.; Glenn, Abbey M.
**Subject:** Berland

Nathan,

We can confirm that we will not seek to stay Counts I and II pending the appeal of the order denying our motion to compel arbitration of Counts III and IV. We'll prepare a stipulation to move out the briefing deadlines on Plaintiff's *Chuman* Motion past the mediation and circulate that early next week.

Dylan

**Dylan Rudolph**
Pronouns: He/Him/His
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road | Palo Alto, CA 94304-1124
Direct: +1.650.843.7276 | Main: +1.650.843.4000 | Fax: +1.650.843.4001

One Market, Spear Street Tower | San Francisco, CA 94105-1596
Direct: +1.415.442.1430 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
dylan.rudolph@morganlewis.com | www.morganlewis.com