Nathan E. Denning (admitted pro hac vice)
Michael L. Kenny Jr. (admitted pro hac vice)
Daniel J. LaRose (admitted pro hac vice)
Gabriella E. Bensur (admitted pro hac vice)
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
Telephone: (212) 551-2600
ndenning@wiggin.com
mkenny@wiggin.com
dlarose@wiggin.com
gbensur@wiggin.com

Teresa S. Renaker, Cal. Bar No. 187800
Kirsten G. Scott, Cal Bar. No. 253464
RENAKER SCOTT LLP
505 Montgomery St., Suite 1125
San Francisco, CA 94111
Telephone: (415) 653-1733
teresa@renakerscott.com
kirsten@renakerscott.com

*Attorneys for Plaintiff Leslie Berland*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| LESLIE BERLAND,<br><br>       Plaintiff,<br><br>  vs.<br><br>X CORP., et al.,<br><br>       Defendants. | Case No. 3:24-cv-7589-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE**<br><br>Judge: Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiff Leslie Berland ("Plaintiff") and Defendants X Corp., f/k/a Twitter, Inc., X Holdings, Elon Musk, Lindsay Chapman, Dhruv Batura, Brian Bjelde, and the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy (collectively, "Defendants") (Plaintiff and Defendants together, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Parties have reached a settlement and the settlement requires certain conditions to be met in the near term;

WHEREAS, the Parties have agreed that extending all case schedule deadlines (including all filing and discovery deadlines) by 30 days will permit the Parties to meet the conditions required under the settlement and will otherwise conserve the Parties' and the Court's resources;

WHEREAS, in light of the foregoing, the Parties agree that good cause exists to continue all case schedule deadlines by 30 days;

WHEREAS, this Stipulation is submitted in good faith and not for purposes of delay;

WHEREAS, the Parties previously requested and received ten prior modifications of time in this action:  (1) modifying the briefing schedule on Defendants' Motion to Dismiss (ECF No. 36); (2) continuing the hearing on Defendants' Motion to Dismiss (ECF No. 45); (3) extending Defendants' deadline to respond to Plaintiff's Complaint (ECF No. 54); (4) continuing the hearing on Defendants' Motion to Compel Arbitration and further Case Management Conference (ECF No. 63); (5) extending discovery deadlines 60 days in light of mediation (ECF No. 78); (6) modifying the briefing schedule and hearing for Plaintiff's *Chuman* Motion (ECF No. 85); (7) continuing the November 13, 2025 case management conference and hearing date for Plaintiff's *Chuman* Motion (ECF No. 93); (8) continuing certain then-existing fact discovery deadlines (ECF No. 99); (9) modifying the discovery, dispositive briefing, and hearing schedule (ECF No. 113); and (10) modifying the deadline for joint discovery letter briefs (ECF No. 128).

THEREFORE, the Parties hereby stipulate and respectfully request that the Court order that all case schedule deadlines, including but not limited to the deadlines set forth in ECF Nos. 113 and 138, are extended by 30 days.

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE
CASE NO. 3:24-CV-7589-JCS

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 25, 2026                    MORGAN, LEWIS & BOCKIUS LLP

By:      */s/ Christopher Boran*
-----------------------------------
Christopher Boran

*Attorneys for Defendants*

Dated: March 25, 2026                    WIGGIN AND DANA LLP

By:      */s/ Gabriella E. Bensur*
-----------------------------------
Gabriella E. Bensur

*Attorneys for Plaintiff Leslie Berland*

2

In compliance with Northern District Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  March 25, 2026                                        WIGGIN AND DANA LLP

                                                                     By:  */s/ Gabriella E. Bensur*

                                                                            Gabriella E. Bensur

                                                                            *Attorneys for Plaintiff*

3

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE
CASE NO. 3:24-CV-7589-JCS

## **PROPOSED ORDER**

Pursuant to the Parties' Stipulation Modifying Case Schedule, and for good cause shown, the Court hereby GRANTS the Parties' request and orders that all case schedule deadlines, including but not limited to the deadlines set forth in ECF Nos. 113 and 138, are extended by 30 days.

**IT IS SO ORDERED.**

DATE:

Hon. Jacqueline Scott Corley
United States District Judge

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE
CASE NO. 3:24-CV-7589-JCS